# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0688

_____

RENEE VIVIAN LUNAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Alachua County.
Susan Miller-Jones, Judge.

April 9, 2025

PER CURIAM.

AFFIRMED. *See Parks v. State*, 371 So. 3d 392, 393 (Fla. 1st DCA 2023), *rev. granted*, SC2023-1355, 2024 WL 370043 (Fla. Jan. 31, 2024).

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Kathryn Lane, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Virginia Chester Harris, Senior Assistant Attorney General, Tallahassee, for Appellee.